AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
A large cardboard box sealed with tape and )
without shipping label, weighing ) Case No. 2:21-MJ-5657
approximately 45 pounds currently held by )
the FBI in Orange, California )
)
described further in Attachment A )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____12/16/21, 10:38 AM_____  _____[signature]_____
                                                                     *Judge's signature*

City and state: _____Los Angeles, CA_____  _____Hon. Pedro V. Castillo, U.S. Magistrate Judge_____
                                                               *Printed name and title*

AUSA: Kevin Reidy – 213-894-8536

Case 2:21-mj-05657-DUTY *SEALED* Document 1 *SEALED* Filed 12/16/21 Page 2 of 2 Page ID #:30

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 245E-LA-2123029 | 12/14/2021 11:16 AM | |

Inventory made in the presence of:
SA Daniel Lim, SA William Nguyen, TFO Ken Yueng

Inventory of the property taken and name of any person(s) seized:

1.) Box containing unknown drugs; 2423 grams with packaging, 2062.2 grams without packaging - item 1B159

2.) Plastic wrap - Item 1B160

3.) White plastic tape - Item 1B161

4.) Wooden spool - Item 1B162

5.) Metal chain - Item 1B163

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/27/2021

*Emily Hinson*
Executing officer's signature

Emily Hinson, Special Agent (SA)
Printed name and title

## ATTACHMENT A

<u>PROPERTY TO BE SEARCHED</u>

The property to be searched is a large cardboard box sealed with tape and without shipping label, weighing approximately 45 pounds, with "Lee Sung Jin" written in Korean and "A E" written in English on the package, currently held by the FBI in Orange, California.





i

Case 2:21-mj-05657-DUTY Document 3 Filed 01/03/22 Page 4 of 4 Page ID #:55
Case 2:21-mj-05657-DUTY *SEALED* Document 1 *SEALED* Filed 12/16/21 Page 4 of 12
Page ID #:32

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), namely:

a. Any controlled substances;

b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1000;

c. Items used to disguise controlled substances; and

d. Packaging materials.